1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Zila Nutraceuticals, Inc., ) | No. CV-06-1958-PCT-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| Nature's Way Products, Inc. and The C Group, Inc., ) | |
| Defendants. ) | |

      Pending before the Court is a Stipulation by the parties to Consolidate the instant case with <u>Nature's Way Products, Inc. v. Zila Nutraceuticals, Inc.</u>, CV-06-2411-PCT-MEA, pursuant to Fed.R.Civ.P. 42. (Dkt. 62.) The Court has reviewed the record and pleadings filed in both actions, and agrees that the cases should be consolidated pursuant to Fed.R.Civ.P. 42(a). Accordingly,

      **IT IS HEREBY ORDERED GRANTING** the parties' Stipulation to Consolidate Cases. (Dkt. 62.)

      **IT IS FURTHER ORDERED** that Case No. CV-06-2411-PCT-MEA is consolidated with Case No. CV-06-1958-PCT-SMM.

      **IT IS FURTHER ORDERED** that all future filings shall be made under the caption, <u>Zila Nutraceuticals, Inc. v. Nature's Way Products, Inc., et al.</u>, CV-06-1958-PCT-SMM.

///

1   **IT IS FURTHER ORDERED** that a copy of this Order shall be filed in <u>Nature's Way Products, Inc. v. Zila Nutraceuticals, Inc.</u>, CV-06-2411-PCT-MEA.

DATED this 7th day of November, 2006.

_____
Stephen M. McNamee
United States District Judge